# THE MARKS LAW FIRM, P.C.

December 9, 2019

**Via: ECF**
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



        **RE:** **Altaune Brown v. Vybes Kitchen Inc et al**
              Docket: 1:19-cv-07157-KPF

Dear Judge Failla,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for December 16, 2019.

    To date, Defendants Vybes Kitchen Inc and Clement A. Reynolds have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests an additional thirty (30) days to make additional attempts to contact Defendants. If Defendants fails to appear, answer or otherwise move, Plaintiff will move for default. This is the second request of its kind.

    We thank you and the Court for its time and consideration on this matter.

                                              Respectfully Submitted,

                                              The Marks Law Firm, P.C.

                                        By: _____
                                                  Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to
January 27, 2020, at 4:00 p.m.

Dated:      December 9, 2019          SO ORDERED.
            New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE