# THE MARKS LAW FIRM, P.C.

January 20, 2020

<u>Via: ECF</u>
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



        **RE:**    **<u>Altaune Brown v. Vybes Kitchen Inc et al</u>**
                Docket: 1:19-cv-7157-KPF

Dear Judge Failla,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 27, 2020.

    Upon information and belief, Defendant Vybes Kitchen Inc. is no longer in business. Therefore, Plaintiff requests thirty (30) days to either withdraw its case or move for default upon confirmation that Vybes Kitchen Inc. is closed with no plans to reopen. This is the final request for an adjournment.

    We thank you and the Court for its time and consideration on this matter.


                                                        Respectfully Submitted,

                                                       The Marks Law Firm, P.C.


                                         By:_____
                                                   Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference originally scheduled for January 27, 2020, is hereby ADJOURNED *sine die*.  Plaintiff is ORDERED to write to the Court by February 21, 2020, informing the Court of its intent to either withdraw its case or move for default.

Dated:     January 22, 2020            SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE