# THE MARKS LAW FIRM, P.C.

April 13, 2020

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007



RE: **Altaune Brown v. Vybes Kitchen Inc et al**
Docket: 1:19-cv-7157-KPF

Dear Judge Failla,

    Plaintiff respectfully requests an adjournment of the Order to Show Cause Conference as well as a temporary stay of the above referenced matter. Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a sixty (60) day stay of all deadlines including the deadlines. This is the undersigned counsel's first request to stay this matter.

    Thank you for your consideration of this unexpected, but essential, request.

                                            Respectfully Submitted,

                                            The Marks Law Firm, P.C.

                                 By: _____
                                              Bradly G. Marks

175 Varick Street, 3 d FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application DENIED.  This case was filed on July 31, 2019 (Dkt. #1), and at no point have Defendants appeared.  The Court has previously adjourned initial pretrial conferences in this action three separate times at the request of Plaintiff (Dkt. #9, 11, 13), and now Plaintiff once again seeks to delay matters further with a request for a 60-day stay.  The Court sees no reason why the scheduled default hearing on April 17, 2020, should not proceed.  The Court will hear from Plaintiff, and from any Defendants that choose to appear, at that time.  Details for accessing the scheduled hearing may be found in the Court's prior scheduling order.  (Dkt. #24).

Plaintiff is ORDERED to serve a copy of this Order on Defendants by April 15, 2020, by whatever means he has previously served Defendants.

Dated:    April 13, 2020             SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE